UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Bankruptcy Case No. |
| Fred Rollo Hatcher ) | |
| SSN / ITIN: xxx-xx-1304 ) | 12-14098-MER |
| ) | |
| Hazel Agnes Hatcher ) | |
| SSN / ITIN: xxx-xx-0863 ) | |
| Debtors ) | |
| _____ ) | |
| ) | |
| Harvey Sender, Chapter 7 Trustee, ) | Adversary Proceeding No. |
| Plaintiff ) | 13-01296-MER |
| ) | |
| v. ) | |
| Capital One Financial Corporation, ) | |
| Defendant ) | |

NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

　　　　Plaintiff, Harvey Sender, by and through his undersigned counsel, hereby notifies the Court of the dismissal of this adversary proceeding pursuant to 11 U.S.C. §7041 and F.R.C.P. 41(a)(1)(A)(i), and in support thereof, states as follows:

　　　　1.    On June 10, 2013, the Trustee commenced this adversary proceeding to Avoid Transfer Pursuant to 11 U.S.C. §547, Recover Transfer Pursuant to 11 U.S.C. §550, and for turnover of estate property.

　　　　2.    The Defendant has not yet answered the Complaint.

　　　　3.    The Defendant has paid the amount of the preference claim prayed for in the Complaint in this Adversary Proceeding.

　　　　WHEREFORE, the Plaintiff gives notice of the dismissal of this adversary proceeding.

　　　　Respectfully submitted this 17th day of September 2013

        MARIA J. FLORA, P.C.

        /s/ Maria J. Flora
Maria J. Flora, #7198
1763 Franklin Street
Denver, CO  80218
Telephone (303) 863-1400
Fax (303) 832-6947
mjflora@msn.com
ATTORNEY FOR THE PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September 2013, I mailed a true and correct copy of the above and foregoing document, via United States Mail, postage prepaid thereon, to those persons listed below:

| | |
|---|---|
| Fred Rollo Hatcher<br>Hazel Agnes Hatcher<br>7213 DeFrame Ct.<br>Arvada, CO 80005 | US Trustee<br>999 18th St., Ste. 1551<br>Denver, CO 80202 |
| Arthur Lindquist-Kleissler<br>950 S. Cherry St.<br>Ste. 510<br>Denver, CO 80246 | Richard D. Fairbank<br>Chairman and CEO<br>Capital One Financial Corporation<br>1680 Capital One Dr.<br>McLean, VA 22102 |

/s/ Shelly Scales
Maria J. Flora, P.C.